AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

BARBARA MORGAN

*Plaintiff(s)*

v.   Civil Action No. 3:25-cv-03626-KAW

AMERICAN AIRLINES, INC. and CHERIAN ABRAHAM

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
AMERICAN AIRLINES, INC.
1 Skyview Drive, MD 8B503/Corporate Secretary
Fort Worth, TX 76155

CHERIAN ABRAHAM
931 Crestmoor Drive
Allen, TX 75013-5361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Patrick J. Driscoll
Romanucci & Blandin LLC
321 N. Clark St, Suite 900
Chicago, IL 60610

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B. Busby*

Date: 04/29/2025

*Felicia Brown*   Felicia Brown

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **BARBARA MORGAN** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**AMERICAN AIRLINES, INC. and CHERIAN ABRAHAM** )<br>)<br>*Defendant* )<br>) | Civil Action No. 3:25-cv-03626-KAW |

## AFFIDAVIT OF SERVICE

I, Benjamin Uhunoma, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to American Airlines, Inc. in Dallas County, TX on May 6, 2025 at 12:19 pm at 1999 Bryan St, suite 900, Dallas, TX 75201 by leaving the following documents with William Miller who as Worker at CT CORPORATION SYSTEM is authorized by appointment or by law to receive service of process for American Airlines, Inc..

Summons
Complaint
3.  CMC orders.pdf
Coversheet

Additional Description:
Document was served to Mr William Miller at CT CORPORATION SYSTEM

White Male, est. age 35-44, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.784939,-96.7968735997
Photograph: See Exhibit 1

Total Cost: $190.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Tarrant County    ,    TX    on    5/7/2025    .

/s/ *Benjamin Uhunoma*

Benjamin Uhunoma - +1 (470) 504-5838
Registration No.: PSC-24929
Registration County: